# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-3023**                                    **September Term, 2022**

**1:20-cr-00195-RBW-1**

**Filed On:** March 31, 2023

United States of America,

       Appellee

    v.

Jeffrey Henry Williamson,

       Appellant


### ON APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Pillard, Childs, and Pan, Circuit Judges

### J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). Upon consideration of the foregoing, the motion for sanctions and other relief, the motion to appoint special master, the motions for other relief, and the motion for leave to file a supplemental appendix, it is

**ORDERED** that the motions for sanctions and other relief, to appoint special master, and for other relief be denied. It is

**FURTHER ORDERED AND ADJUDGED** that the appeal be dismissed for lack of jurisdiction. Insofar as appellant appeals the district court's June 3, 2021 order for a mental health examination and the April 11, 2022 order denying his written objections to the examination order, the appeal is moot. Any loss of liberty associated with the examination order has already occurred, see United States v. Weissberger, 951 F.2d 392, 396–97 (D.C. Cir. 1991), and this court therefore can no longer grant effectual relief consistent with the limited nature of this interlocutory appeal, see Porzecanski v. Azar, 943 F.3d 472, 479 (D.C. Cir. 2019). Insofar as appellant purports to appeal from the government's filing of a motion under 18 U.S.C. § 4246, the district court has not yet ruled on that motion, and so there is no order to appeal. It is

**FURTHER ORDERED** that the motion for leave to file a supplemental appendix be dismissed as moot.

## No. 22-3023                                    September Term, 2022

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**